**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000416
17-JUN-2026
08:46 AM
Dkt. 90 OAWST**

NO. CAAP-25-0000416

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


TUAN XUAN BUI and MY-KIM T. BUI,
Plaintiffs/Counterclaim Defendants/Appellants,
v.
THOMAS D. HOVSEPIAN, Defendant/Counterclaimant/Appellee.


APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
LAHAINA DIVISION
(CASE NO. 2DRC-22-0001462)


ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon consideration of the May 22, 2026 Stipulation for Dismissal of Appeal with Prejudice, filed by Plaintiffs-Appellants Tuan Xuan Bui and My-Kim T. Bui, and the record, it appears that: (1) the appeal has been docketed, (2) the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs on appeal, (3) the stipulation is dated and signed by counsel for all parties, and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, June 17, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge